UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JORGE RUBEN GARCIA AGUILAR,

Petitioner,

v.

FERETI SEMAIA, et al.,

Respondents.

Case No. 5:26-cv-02703 SSS (ADS)

ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Answer, Reply, and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge, dated September 22, 2026, [Dkt. No. 13]. No objections were filed and the time to do so has passed.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation is accepted [Dkt. No. 13];
2. The Petition is granted;

3. Respondents must immediately release Petitioner Jorge Ruben Garcia Aguilar (A#037-437-311) from immigration custody;

4. Respondents shall return any and all of Petitioner's personal property that was seized during his arrest and detention, including his personal identification or other documents;

5. Respondents are enjoined from re-detaining Petitioner without prior notice and a pre-deprivation hearing before a neutral arbiter at which the government bears the burden of proving that Petitioner is a flight risk or danger to the community; and

6. Judgment is to be entered accordingly.

DATED: September 29, 2026

THE HONORABLE SUNSHINE SUZANNE SYKES
United States District Judge