JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE RUBEN GARCIA AGUILAR, Petitioner, v. FERETI SEMAIA, et al., Respondents. | Case No. 5:26-cv-02703 SSS (ADS) JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the Petition is granted.

DATED: September 29, 2026

THE HONORABLE SUNSHINE SUZANNE SYKES
United States District Judge